# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2275
L.T. Case No. 2001910642

_____

MARCQUELL D. WILLIAMS,

    Appellant,

    v.

DEPARTMENT OF REVENUE and
VELIKA S. WILLIAMS,

    Appellees.

_____

Administrative Appeal from the Department of Revenue.

Marcquell D. Williams, Altamonte Springs, pro se.

Ashley Moody, Attorney General, Tallahassee, and Sarah C. Prieto, Assistant Attorney General, Fort Lauderdale, for Appellee, Department of Revenue.

No Appearance for Appellee, Velika S. Williams.

December 3, 2024

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).


JAY, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____